Viking Concrete Forms, Inc., Respondent, v. John W. Cowper Company, Inc., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, O'Malley and Sherman, JJ.

The Continental Insurance Company and Fidelity-Phenix Fire Insurance Company, Respondents, v. The Equitable Trust Company of New York, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ. [135 Misc. 851.]

Anna S. Andrae and Others v. Warner-Quinlan Company and Others.— Motion denied, with ten dollars costs. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

Lillian Bauer v. Fred E. Smith.— Motion denied, with ten dollars costs. Present — Finch, Merrell, McAvoy and Sherman, JJ.

Beatrice P. Trenkman v. Clair Smith, Impleaded with Others.— Motion denied, with ten dollars costs. The time of appellant in which to answer amended complaint extended until five days from date of service of order. Present — Finch, McAvoy, Martin and O'Malley, JJ.

Nicholas Mancino v. Frederick Prisco.— Motion granted. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

George A. Colvin v. William E. Lehman and Others, Impleaded with The Community Church (Second Congregational Unitarian Church) of the City of New York.— Motion granted. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

John Condola and Another v. Laurelton Fuel Supply Company, Inc.— Motion granted. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of Daniel London.— Motion granted. Settle order on notice. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

The People of the State of New York v. Antonino Monteforte and Another.— Motion granted, and the time of the appellants within which to bring the appeal on for argument extended to and including the 7th day of October, 1930. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

The People of the State of New York v. Charles B. Grandstein and Another.— Motion granted to the extent consented to by the district attorney, namely, that the defendants be required to make the payments pending the appeal, and that the probation officer retain the fund until the further order of this court. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

The People of the State of New York v. Ernest Tillman and Another.— Motion granted, and the time of the appellants within which to bring the appeal on for argument extended to and including the 7th day of October, 1930. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

The People of the State of New York v. Joseph Schultz.— Motion granted, and the time of the appellant in which to file the record on appeal and the appellant's points extended to and including the 28th day of July, 1930, with notice of argument for the 7th day of October, 1930. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.